IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60364
Conference Calendar

_____

GABRIEL MCDOWELL,

                                        Plaintiff-Appellant,

versus

HANCOCK COUNTY MEDICAL UNIVERSITY;
DIRECTOR OF HANCOCK COUNTY MEDICAL UNIVERSITY,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:96-CV-104-GR
- - - - - - - - - -
October 24, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

    Gabriel McDowell, Mississippi prisoner # 337862, appeals the
district court's dismissal of his 42 U.S.C. § 1983 civil rights
suit as frivolous pursuant to 28 U.S.C. § 1915(d), now
redesignated as § 1915(e)(2)(B)(i) by § 804 of the Prison
Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321
(1996).  McDowell's allegation that Hancock County Medical

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

University and its director were negligent in hiring medical personnel who misdiagnosed and mistreated his medical condition is insufficient to give rise to a § 1983 cause of action. See Varnado v. Lynaugh, 920 F.2d 320, 321 (5th Cir. 1991). McDowell does not allege acts by the defendants "sufficiently harmful to evidence deliberate indifference to serious medical needs." See Estelle v. Gamble, 429 U.S. 97, 106 (1976). The district court did not abuse its discretion in dismissing McDowell's claim as frivolous because it has no arguable basis in law. See Denton v. Hernandez, 504 U.S. 25, 31-34 (1992).

McDowell's appeal is without arguable merit and thus frivolous. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED.

We caution McDowell that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, McDowell is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.